Opinion issued September 11, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00904-CV

____________


IN RE EDWIN CRON, JR., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Edwin Cron, Jr. has filed a petition for a writ of mandamus directed at
the United States District Court for the Southern District of Texas. We have no
subject-matter jurisdiction to issue any such writ. See generally Donovan v. City of
Dallas, 377 U.S. 408, 412, 84 S. Ct. 1579, 1582 (1964); State Bd. of Health v. Wilson,
188 S.W.2d 999, 1000 (Tex. Civ. App.--Austin 1945, writ ref'd).

 We dismiss for lack of subject-matter jurisdiction the petition for a writ of
mandamus.


PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Higley.